UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SILKE COOMBS,**

    **Plaintiff,**

v.                                                    Case No: 5:23-cv-70-JA-PRL

**KATHRYN DEVRIES MITCHELL,
NICHOLAS MAYABB and K RYAN
MEEKS,**

    **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's motion to quash related to the proposed deposition of Plaintiff's minor daughter, identified as V. Coombs. (Doc. 68).

Defendants shall file a response to Plaintiff's motion on or before March 1, 2024, failing which the motion will be deemed unopposed. If Plaintiff's motion to quash (Doc. 68) no longer requires resolution by the Court, the parties shall notify the Court accordingly by March 1, 2024.

**DONE** and **ORDERED** in Ocala, Florida on February 28, 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties