UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SILKE COOMBS,**

    **Plaintiff,**

v.     Case No: 5:23-cv-70-JA-PRL

**KATHRYN DEVRIES MITCHELL, NICHOLAS MAYABB and K RYAN MEEKS,**

    **Defendants.**

## Order

This case is before the Court for consideration of Plaintiff's unopposed motion to withdraw her motion to quash the subpoena of V. Coombs. (Doc. 77). Upon due consideration, Plaintiff's motion to withdraw (Doc. 77) is GRANTED. The Clerk is therefore directed to terminate the motion to quash (Doc. 68) and the related motion to strike the response to the motion (Doc. 74) as moot.

**DONE** and **ORDERED** in Ocala, Florida on April 4, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties