UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SILKE COOMBS,

    Plaintiff,

vs.                                                      CASE NO. 5:23-cv-00070-JA-PRL

KATHRYN DEVRIES MITCHELL,
NICHOLAS MAYABB and
K. RYAN MEEKS, D.V.M.

    Defendants.
_____
KATHRYN DEVRIES MITCHELL
AND NICHOLAS MAYABB,

    Counter-Plaintiffs,

vs.

SILKE COOMBS,

    Counter-Defendant.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs, NICHOLAS MAYABB & Kathryn DEVRIES MITCHELL, hereby notify this Court that they have reached a settlement that fully the claims by and between Coombs and Mitchell/Mayabb only in the pending case. Plaintiff's claims against K. Ryan Meeks remain pending. Further, the parties will bear their own costs and attorney fees.

    Respectfully Submitted January 22, 2025.

| | |
|---|---|
| MICHAEL BEETHE, ESQ. | NICHOLAS RICHARDSON, ESQ. |
| Warner Angle Hallam Jackson & Formanek | KIMBRELL HINES, ESQ. |
| *Attorney for Counter-Defendant* | Segal McCambridge Singer & Mahoney, Ltd |
| 2555 E. Camelback Road, Suite 800 | *Attorneys for Counter-Plaintiffs* |

1

| | |
|---|---|
| Phoenix, AZ 85016<br>Phone: (408)219-5470<br><br>*s/Michael Beethe*<br>MICHAEL BEETHE, ESQ.<br>Admitted Pro Hac Vice<br>mbeethe@warnerangle.com | 200 East Las Olas Blvd., Suite 1820<br>Fort Lauderdale, FL 33301<br>Phone: (954) 765-1001<br><br>*s/Nicholas E. Richardson*<br>NICHOLAS RICHARDSON, ESQ.<br>Florida Bar No.:   1024637<br>nrichardson@smsm.com<br>KIMBRELL HINES, ESQ.<br>Florida Bar No.:   1026028<br>khines@smsm.com |

2