UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SILKE COOMBS,

    Plaintiff,

vs.                                                                                      CASE NO. 5:23-cv-00070-JA-PRL

KATHRYN DEVRIES MITCHELL,
NICHOLAS MAYABB and
K. RYAN MEEKS, D.V.M.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Silke Coombs and Defendant K. Ryan Meeks, D.V.M. hereby notify this Court that they have reached a settlement of all claims by and between Plaintiff Coombs and Defendant Meeks in the pending case. Further, the parties will bear their own costs and attorneys' fees.   This resolves all claims of this action.

The parties request that the trial date, trial deadlines, and all related hearings be vacated.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on January 23, 2025, the foregoing document was served on all counsel or parties of record on the attached Service List in the manner specified, via electronic mail.

**SERVICE LIST**

| | |
|---|---|
| **Johanna E. Sheehe, Esquire**<br>psheehe@sheeheandassociates.com;<br>jsheehe@sheeheandassociates.com;<br>e-filing@sheeheandassociates.com.<br>Sheehe & Associates, P.A.<br>9830 S.W. 77th Avenue, Suite 215<br>Miami, Florida 33156<br>Telephone: (305) 379-3515<br>*(Attorneys for Plaintiff)* | **Brian D. DeGailler, Esquire**<br>tmelton@qpwblaw.com<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>255 South Orange Avenue, Suite 900<br>Orlando, Florida 32801<br>Telephone: (407) 872-6011<br>*(Attorneys for K. Ryan Meeks, D.V.M.)* |
| **Nicholas E. Richardson, Esquire**<br>**Kimbrell J. Hines, Esquire**<br>nrichardson@smsm.com<br>khines@smsm.com<br>Segal McCambridge Singer & Mahoney, Ltd.<br>200 East Las Olas Blvd., Suite 1820<br>Fort Lauderdale, FL 33301<br>*(Attorneys for Defendants Kathryn Devries Mitchell and Nicholas Mayabb)* | |

By: */s/ Michael F. Beethe*
   **Michael F. Beethe, Esquire**
   Warner Angle Hallam Jackson & Formanek
   2555 E. Camelback Road, Suite 800
   Phoenix, Arizona 85016
   Telephone: (408) 219-5470
   mbeethe@warnerangle.com
   *(Attorneys for Plaintiff, Pro Hac Vice)*

**Johanna E. Sheehe, Esquire**
Sheehe & Associates, P.A.
9830 S.W. 77th Avenue, Suite 215
Miami, Florida 33156
Telephone: (305) 379-3515
*(Attorneys for Plaintiff)*

By:*/s/Brian D. DeGailler (w/permission)*
   **Brian D. DeGailler, Esquire**
   Quintairos, Prieto, Wood & Boyer, P.A.
   255 South Orange Avenue, Suite 900
   Orlando, Florida 32801
   Telephone: (407) 872-6011
   tmelton@qpwblaw.com
   *(Attorneys for Defendant K. Ryan Meeks, D.V.M.)*