# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

SILKE COOMBS,
    Plaintiff,

v.                                                                          Case No. 5:23-cv-70-JA-PRL

KATHRYN DEVRIES
MITCHELL, NICHOLAS
MAYABB, and K. RYAN MEEKS,
    Defendants.

## ORDER

The Court has been advised by the parties that the above-styled action has been completely settled. (*See* Notices of Settlement, Docs. 126 & 128).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** that this case is hereby **DISMISSED** subject to the right of any party, within thirty days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The show cause hearing and trial scheduled for January 27, 2025, are **CANCELLED**. The Clerk is directed to close this case.

**DONE** and **ORDERED** on January 23, 2025.

                                                                JOHN ANTOON II
                                                          United States District Judge

Copies furnished to:
Counsel of Record